Joseph E. Addiego III (CA SBN 169522)
Mary McNeill (CA SBN 261500)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: joeaddiego@dwt.com
marymcneill@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLYDE R. DAVENPORT & ELLEN L. DAVENPORT,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, F.A., ALL PERSONS KNOWN or entities unknown, claiming any legal or equitable right, title estate, lien or interest in the property described in the petition adverse to Plaintiffs' title, CLYDE R. DAVENPORT & ELLEN L. DAVENPORT or any cloud upon Plaintiffs' title thereto,<br><br>Defendant. | Case No.3:16-cv-01343-JCS<br><br>**REQUEST FOR JUDICAL NOTICE IN SUPPORT OF JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT**<br><br>Date: May 20, 2016<br>Time: 9:30 a.m.<br>Department: Courtroom G, 15th Foor<br>Judge: Hon. Joseph C. Spero |

Defendants JPMorgan Chase Bank, N.A and its predecessor-in-interest Washington Mutual Bank, F.A. ("Chase") respectfully submit this Request for Judicial Notice in support of their Notice of Motion and Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

Pursuant to Federal Rule of Evidence 201, Chase respectfully requests that the Court take judicial notice of the following documents, true and correct copies of which are attached hereto as Exhibits A-G:

| Exhibit | Description |
| --- | --- |
| A | Deed of Trust, recorded on March 12, 2008 in the Contra Costa County Recorder Office, Doc. No. 2008-0052898-00 |
| B | Purchase and Assumption Agreement ("P&A Agreement") between Federal Deposit Insurance Corporation ("FDIC") and Chase, dated September 25, 2008. The P&A Agreement is available for download on the FDIC's website, at https://www.fdic.gov/about/freedom/Washington_Mutual_P_and_A.pdf. |
| C | Notice of Default and Election to Sell Under Deed of Trust, recorded on October 29, 2009 in the Contra Costa County Recorder Office, Doc. No. 2009-0258520-00<br><br>Notice of Default and Election to Sell Under Deed of Trust, recorded on June 16, 2011 in the Contra Costa County Recorder Office, Doc. No. 2011-0119596-00.<br><br>Notice of Trustee's Sale, recorded on July 28, 2010 in the Contra Costa County Recorder Office, Doc. No. 2010-0151423-00 |
| D | Complaint filed by Plaintiffs in *Clyde R. Davenport, Ellen L. Davenport, et al. v. JPMorgan Chase Bank, N.A.*, No. C-11-02939 (Contra Costa County), on December 30, 2011 |
| E | Complaint filed by Plaintiffs in *Johnny Hong, Clyde R. Davenport, et al.*, No. 30-2012-00611181 (Orange County), on November 13, 2012 |
| F | Trustee's Deed Upon Sale, recorded on March 9, 2016 by Caliber Home Loans, Inc. in the Contra Costa County Recorder Office, Doc. No. 2016-0040652-00 |
| G | Plaintiffs' Mortgage Loan Audit and Foreclosure Analysis |

**I.    LEGAL STANDARD FOR JUDICIAL NOTICE**

A court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (stating that a court "may take judicial notice of matters of public record outside the

pleadings"). Courts "may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999).

Such judicially noticeable public records include recorded documents relating to real property. *See, e.g.*, *Perez v. Am. Home Mortg. Servicing, Inc.*, No. 12-cv-009323-WHA, 2012 U.S. Dist. LEXIS 56744, at *4 (N.D. Cal. Apr. 23, 2012) (taking judicial notice of deed of trust, notice of default, assignment of deed of trust, and substitution of trustee, all recorded with Alameda County Recorder's Office); *accord Eng v. Dimon*, No. 11-cv-03173-MMC, 2012 U.S. Dist. LEXIS 120694, at *3 n.4 (N.D. Cal. Aug. 24, 2012). Such materials also include "printout[s] from a government website." *Kenery v. Wells Fargo, N.A.*, No. 13-cv-02411-BLF, 2014 U.S. Dist. LEXIS 117550, at *7 (N.D. Cal. Aug. 22, 2014) (taking judicial notice of documents recorded with Santa Clara County Recorder's Office and those printed from FDIC website). They also include court records filed in another case. *See United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004).

## II. JUDICIAL NOTICE IS APPROPRIATE FOR EACH EXHIBIT PROFFERED BY CHASE

Each of Exhibits A-G to this Request is properly the subject of judicial notice, for the following reasons:

**Exhibit A** is a Deed of Trust for real property located at 5555 Thayer Lane, San Ramon, CA 94582, which is the subject of this lawsuit. This document is a public record subject to judicial notice because it was recorded in the Contra Costa County Recorder Office on March 12, 2008. Portions of Defendants' Exhibit A are also attached as Exhibit A to Plaintiffs' Complaint in this case.

**Exhibit B** is the P&A Agreement between the FDIC and Chase, dated September 25, 2008. It is a public record, and it is available for download on the FDIC's website. It is also the subject of allegations in the Complaint in this case. *See* Complaint. The P&A Agreement has been judicially noticed numerous times by courts in this District. *See, e.g.*, *Eng*, 2012 U.S. Dist. LEXIS 120694, at *3 n.3 (taking judicial notice of P&A Agreement, "which document is available on the website of the" FDIC); *Couch v. JPMorgan Chase Bank, N.A.*, No. 11-cv-8710-GHK (SSx), 2012 U.S. Dist. LEXIS 188749, at *3 n.1 (C.D. Cal. May 14, 2012) (same).

2

| | |
|---|---|
| 1 | **Exhibit C** is a Notice of Default and Election to Sell Under Deed of Trust relating to |
| 2 | Plaintiffs' default in connection with real property at 5555 Thayer Lane, San Ramon, CA 94582, |
| 3 | which is the subject of this lawsuit. This document is a public record subject to judicial notice |
| 4 | because it was recorded in the Contra Costa County Recorder Office on October 29, 2009. Exhibit |
| 5 | C also contains a Notice of Trustee's Sale recorded on July 28, 2010 in the Contra Costa County |
| 6 | Recorder Office. The Notice of Trustee's Sale is subject to judicial notice for the same reason as |
| 7 | the Notice of Default. Exhibit C also contains another Notice of Default and Election to Sell Under |
| 8 | Deed of Trust regarding the Subject Property. This document is a public record subject to judicial |
| 9 | notice because it was recorded in the Contra Costa County Recorder Office on June 16, 2011. |
| 10 | **Exhibit D** is a Complaint filed by Plaintiffs in a case captioned *Clyde R. Davenport, Ellen* |
| 11 | *L. Davenport, et al. v. JPMorgan Chase Bank, N.A.,* No. C-11-02939 (Contra Costa County), on |
| 12 | December 30, 2011. This document is a court document from another litigation and is thus subject |
| 13 | to judicial notice. |
| 14 | **Exhibit E** is a Complaint filed by Plaintiffs in a case captioned *Johnny Hong, Clyde R.* |
| 15 | *Davenport, et al.,* No. 30-2012-00611181 (Orange County), on November 13, 2012. Exhibit E is a |
| 16 | court document from another litigation and is thus subject to judicial notice. |
| 17 | **Exhibit F** is a Trustee's Deed Upon Sale filed by Caliber Home Loans, Inc. relating to real |
| 18 | property at 5555 Thayer Lane, San Ramon, CA 94582, which is the subject of this lawsuit. This |
| 19 | document is a public record subject to judicial notice because it was recorded on March 9, 2016 in |
| 20 | the Contra Costa County Recorder Office. |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

Exhibit G is Plaintiffs' Mortgage Loan Audit and Foreclosure Analysis, which was attached as Exhibit A to the 2011 Complaint filed by Plaintiffs in Costra Costa County superior court (attached hereto as **Exhibit D**). Exhibit G is a court document placed in the public record by Plaintiffs in another litigation and is thus subject to judicial notice.

DATED: April 14, 2016

DAVIS WRIGHT TREMAINE LLP
Joseph E. Addiego, III
Mary McNeill

By: */s/ Mary McNeill*
    Mary McNeill

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A.
WASHINGTON MUTUAL BANK, F.A.