Clyde R. Davenport & Ellen L. Davenport
5555 Thayer Lane
San Ramon, CA 94582

**UNITED STATES DISTRICT COURT OF**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLYDE R. DAVENPORT & ELLEN L. DAVENPORT<br><br>    Plaintiff,<br>vs.<br><br>WASHINGTON MUTUAL BANK, FA ALL PERSONS KNOWN or Entities Unknown, Claiming Any Legal Or Equitable Right, Title Estate, Lien or Interest In The Property Described In the Petition Adverse To Plaintiff title, CLYDE R. DAVENPORT & ELLEN L. DAVENPORT Or Any Cloud upon Plaintiff's title thereto"<br><br>    Defendant. | Case No.3:16-cv-01343-JCS<br>MOTION TO COMPEL DISCOVERY<br>TITLE 5 U.S.C section 556<br>(d)The Proponent of the Rule order has the burden of proof.<br>Date: May 20, 2016<br>Time: 9:30 a.m.<br>Department: Courtroom G, 15th Fl<br>Judge: Hon. Joseph C. Spero |

Pursuant to Rule 26,(a)(1)(B) and Rule 34 Plaintiffs Clyde R. Davenport and Ellen L. Davenport hereby request that Defendants Wamu and their Attorneys for Defendants JPMORGAN CHASE BANK, N.A. WASHINGTON MUTUAL BANK, F.A. (please note: where discovery requests are directed to a corporation, counsel for the corporation is required to nominate officers of the corporation to answer). Plaintiffs, Clyde R. Davenport and Ellen L.

1

REQUEST FOR NOTICE OF LIS PENDENS

Davenport submit the following request for admissions to Defendants WASHINGTON MUTUAL BANK FA. You are required to answer each request for admissions separately and fully, in writing, under oath, and to serve a copy of the responses upon Clyde R. Davenport and Ellen L. Davenport within (30) days after service of these requests for admissions.

Instructions

These requests for admissions are directed toward all information known or available to Clyde R. Davenport and Ellen Davenport including information contained in the records and documents in WASHINGTON MUTUAL BANK FA custody or control or available to Clyde R. Davenport and Ellen Davenport upon reasonable inquiry. Where requests for admissions cannot be answered in full, they shall be answered as completely as possible and incomplete answers shall be accompanied by a specification of the reasons for the incompleteness of the answer and of whatever actual knowledge is possessed with respect to each unanswered or incompletely answered request for admission.

Requests for admissions

REQUEST FOR NOTICE OF LIS PENDENS

Requests for admissions

First admission: Admit or deny that WASHINGTON MUTUAL BANK is not licensed to do business in California by virtue of being registered with the Secretary of State or the Secretary of State of Banking and nominating an agent for service of process. Without proof of being licensed to do business in California, WASHINGTON MUTUAL BANK lacks standing to bring suits in California courts depriving this court of subject matter jurisdiction.

Admitted____

Denied____

Second admission: Admit or deny that officers of WASHINGTON MUTUAL BANK have not reviewed each contract or agreement which involved a transfer, assignment, sale, exchange, pledge, loan servicing arrangement, or securitization of the Mortgage Loan since its creation.

Admitted____

Denied____

Third Admit or deny that WASHINGTON MUTUAL BANK rights and obligations with the California Secretary of State has been Surrendered since 09/2008 and still current as of present.

MOTION TO COMPEL DISCOVERY

Denied____

Fourth: Admit or deny that WASHINGTON MUTUAL BANK FA complied With AB 2341 allowed all "conditionally dissolved" corporations to become dissolved without a tax clearance certificate. Even though a corporation is dissolved, the corporation and its transferees remain liable for any outstanding returns or tax liabilities per Cal. Code of Regs. §23151.

Admitted____

Denied____

Fifth: Admit or deny that WASHINGTON MUTUAL BANK FA complied with California Corporations Code section 2112. Upon the filing of the Certificate of Surrender by the Secretary of State, the foreign corporation will be completely surrendered and the corporate rights, powers and privileges of the corporation will cease in California.

Admitted____

Denied____

Sixth: Admit or deny that WASHINGTON MUTUAL BANK FA complied with Section 23332 of the Revenue and Taxation Code, has been or will be filed with the Franchise Tax Board, as required under Part 10.2 (commencing with Section 18401) of Division 2 of the

4

REQUEST FOR NOTICE OF LIS PENDENS

Revenue and Taxation Code.

Admitted____

Denied____

Seventh Admit or deny that officers of WASHINGTON MUTUAL BANK FA know and understand that attorneys who purchase evidence of debt and then file lawsuits in the name of the original maker of the debt are committing felony fraud. This admission is necessary to show that WASHINGTON MUTUAL BANK FA is involved in racketeering and Tax Evasion.

Admitted____

Denied____


This court is further noticed: at least one officer from WASHINGTON MUTUAL BANK FA must be identified as the author of admissions - statements of counsel are not facts before the court.

_____  4/28/2016

REQUEST FOR NOTICE OF LIS PENDENS

Print name title Officer of WASHINGTON MUTUAL BANK FA State of _____ County of

_____ Before me this day appeared _____, known to me as the person who made the above and foregoing statements of his own free will.

My commission expires _____ _____

Notary Prepared and submitted by: _____

Clyde R. Davenport and Ellen L. Davenport

Certificate of service.

I, Clyde R. Davenport and Ellen L. Davenport, certify that _____ _____, 2016, I mailed a true and correct copy of the above and foregoing request for admissions via certified mail, return receipt.

requested to:
Clyde R. Davenport & Ellen L. Davenport
5555 Thayer Lane
San Ramon, CA 94582

REQUEST FOR NOTICE OF LIS PENDENS

# PROOF OF SERVICE BY MAIL
## C.C.P. 1013a

I declare that I am a resident of or employed in the County of __Contra Costa__, California. I am over the age of 18 years and not a party to the within entitled cause. The name and address of my residence or business is __3527 Mt Diablo Blvd., #376, Lafayette, CA 94549__

I am readily familiar with the ordinary practice of the business of collecting, processing and depositing correspondence in the United States Postal Service and that the correspondence will be deposited the same day with postage thereon fully prepaid.

On __04/28/2016__, I served the __Motion Compel to Discovery__

on the parties listed below by placing a true copy thereof enclosed in a sealed envelope for collection and mailing in the United States Postal Service following ordinary business practices at __Contra Costa__, California addressed as follows:

Joseph E Addiego III
Mary McNeill
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco CA 94111

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on __04/28/2016__, at __Lafayette__, California.

| Angela Leung | _(signature)_ |
|---|---|
| (Type or print name) | (Signature) |