UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE R. DAVENPORT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | Case No. 16-cv-01343-EMC<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO COMPEL DISCOVERY WITHOUT PREJUDICE**<br><br>Docket No. 17 |

Plaintiffs have filed a document captioned "Motion to Compel Discovery." Although the document is so captioned, it does not appear to be an actual motion. That is, the document simply seems to be a discovery request, asking Defendants to respond to requests for admission. There is no indication that Defendants have previously been served with these requests for admission and/or that they have refused to respond to the requests for admission (which might then lead Plaintiffs to move to compel responses). Given that the document seems to be a discovery request only, the Court hereby **DENIES** without prejudice Plaintiffs' "motion" for relief. This ruling does not bar Plaintiffs from seeking relief from the Court should Defendants refuse to respond to discovery requests. Plaintiffs and Defendants are advised that, although Plaintiffs are pro se, it still expects the parties to meet and confer in good faith regarding any future discovery disputes.

This order disposes of Docket No. 17.

**IT IS SO ORDERED**.

Dated: May 2, 2016

_____
EDWARD M. CHEN
United States District Judge