UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE R. DAVENPORT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON MUTUAL BANK, FA,<br><br>Defendant. | Case No. 16-cv-01343-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket Nos. 6, 15 |

Plaintiffs, proceeding pro se, have filed a foreclosure-related action against Defendant. Defendant has moved to dismiss Plaintiffs' complaint. The original motion was served on Plaintiffs (via FedEx) on April 14, 2016. *See* Docket No. 8 (certificate of service). Subsequently, Defendant re-served the motion on Plaintiffs (via FedEx) on April 19, 2016. (The motion was re-noticed as the case had been reassigned from Judge Spero of this District to the undersigned. *See* Docket No. 13 (reassignment order); Docket No. 15-1 (certificate of service).) A hearing on Defendant's motion is currently scheduled for May 26, 2016.

Although Plaintiffs have been on notice of Defendant's motion since mid-April, they have yet to file a written opposition to the motion. *See* Civ. L.R. 7-3(a) (providing that an opposition to a motion "must be filed and served not more than 14 days after the motion was filed"). While there are indications that Plaintiffs wish to prosecute this case – *e.g.*, they filed a motion to compel discovery in late April and then, in early May, filed a request for the Court to approve the recording of a notice of lis pendens, *see* Docket Nos. 17, 20 (Plaintiffs' filings), that does not excuse their failure to file an opposition to Defendant's motion to dismiss.

Accordingly, the Court hereby **VACATES** the May 26 hearing on Defendant's motion to dismiss. Plaintiffs are hereby ordered to show cause as to why Defendant's motion should not be

granted based on Plaintiffs' failure to oppose and/or prosecute.  In their response, Plaintiffs shall also address the substantive arguments raised in Defendant's motion.  **Plaintiffs' response to this order to show cause shall be filed and served by June 2, 2016.  Plaintiffs are forewarned that a failure to file a timely response shall result in a dismissal of this case with prejudice.**

**IT IS SO ORDERED**.

Dated: May 12, 2016

_____
EDWARD M. CHEN
United States District Judge