UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE R. DAVENPORT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WASHINGTON MUTUAL BANK, FA, <br><br> Defendant. | Case No. 16-cv-01343-EMC <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** |

Previously, Defendant filed a motion to dismiss, and Plaintiffs failed to file an opposition. After Plaintiffs failed to oppose, the Court issued an order instructing Plaintiffs to show cause as to why Defendant's motion to dismiss should not be granted based on Plaintiffs' failure to oppose and/or prosecute. Plaintiffs' response to the order to show cause was due on June 2, 2016. The Court forewarned Plaintiffs that a failure to file a timely response would result in a dismissal of the case with prejudice.

Plaintiffs have now failed to file a response to the order to show cause. Accordingly, the Court hereby **DISMISSES** this case with prejudice. The Clerk of the Court is instructed to enter judgment in accordance with this opinion and close the file in this case.

**IT IS SO ORDERED**.

Dated: June 7, 2016

_____
EDWARD M. CHEN
United States District Judge